**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-01117-LTB-KLM

CHARLES A. EKBERG,

      Plaintiff,

v.

CREDIT BUREAU OF CARBON COUNTY, and John/Jane Does individually in their capacity as officers of corp.,
COLLECTION CENTER, INC., Ft. Collins, CO, and John/Jane Does individually in their capacity as officers of corp.,
EDMONDS, RUSSELL & LOGUE,. PC/INC.,
LOGUE, JEFFREY M., individually and as officer of corporation,
EDMONDS, ROCKY, individually and as officer of corporation,
BC SERVICES, INC., and John/Jane Does individually in their capacity as officers of corporation,

      Defendants.

_____

**ORDER**
_____

      This case is before me on the recommendation of the Magistrate Judge issued and served on July 27, 2015 (Doc 10).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

      ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

                    BY THE COURT:


                         s/Lewis T. Babcock_____
                      Lewis T. Babcock, Judge


DATED:  August 12, 2015